**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 349 WAL 2019

           Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                       :

                                    :

DANA JAVON JOHNSON,           :

                    :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.